# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAIME ALVAR CARVAJAL,<br>No. 10301-078 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:20-CV-567-S-BK |
| | § | |
| UNITED STATES OF AMERICA, et al. | §<br>§ | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 11]. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED July 6, 2021.

**UNITED STATES DISTRICT JUDGE**

1